An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MELVIN LEE BAILEY,
Petitioner,

vs.

THE STATE OF NEVADA; AND ISIDRO BACA, WARDEN,
Respondents.

No. 68609

**FILED**

OCT 1 6 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se original petition for a writ of habeas corpus. Petitioner argues that he is being held hostage by the respondents. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the legality of one's restraint or detention should be raised in a petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.360; NRAP 22. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Melvin Lee Bailey
       Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31480